# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 12, 2026

Clerk - Middle District of Georgia
U.S. District Court
401 N PATTERSON ST STE 212
VALDOSTA, GA 31601

Appeal Number:  24-12144-CC
Case Style: Dr. Lana Foster v. Shannon King, et al
District Court Docket No: 7:23-cv-00089-WLS

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12144
_____

DR. LANA FOSTER,

*Plaintiff-Appellee,*

*versus*

ECHOLS COUNTY SCHOOL DISTRICT, et al.,

*Defendants,*

SHANNON KING,
  individually and in her official capacity,
VINCENT M. HAMM,
  individually and in his official capacity,
ROCKY CROSBY,
  individually and in his official capacity,
BO CORBETT,
  individually and in his official capacity,
PATRICIA GRAY, et al.,
  individually and in her official capacity,

*Defendants-Appellants.*

2                                                                                  24-12144

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:23-cv-00089-WLS
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: March 18, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: June 12, 2026