**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DR. LANA FOSTER,                         :
                                         :
    Plaintiff,                       :
    v.                               :       CASE NO.: 7:23-CV-00089 (WLS)
                                         :
ECHOLS COUNTY SCHOOL                     :
DISTRICT, *et al.*,                      :
                                         :
    Defendants.                      :
                                         :

## <u>ORDER</u>

On September 4, 2024, the Court issued an Order (Doc. 52) staying discovery in the above-captioned action pending the resolution of Defendants' interlocutory appeal to the United States Court of Appeals for the Eleventh Circuit.  On June 12, 2026, the Eleventh Circuit issued its mandate affirming the Court's decision. (Doc. 55). As a result, the Court hereby **LIFTS** the stay on discovery in the above-captioned case. The Court will set a Scheduling and Discovery Conference by separate Order or Notice.

**SO ORDERED**, this 21st day of July 2026.

<u>**/s/ W. Louis Sands**</u>
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1